claims of error to be without merit. The motion court's findings of fact and conclusions of law are not clearly erroneous. Rule 24.035(k). An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

■

Timothy H. GARNETT, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 96701.

Missouri Court of Appeals,
Eastern District,
Division One.

March 20, 2012.

Lisa M. Stroup, St. Louis, MO, for Appellant.

Chris Koster, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

*ORDER*

PER CURIAM.

Timothy H. Garnett appeals from the motion court's denial, following an evidentiary hearing, of his Rule 29.15 motion for

■

In the Interest of: A.D.R. and C.L.R.

No. ED 96855.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 20, 2012.

Christopher M. Braeske Saint Louis, MO, for appellant.

Chris Koster, Attorney General Gary L. Gardner, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PATRICIA L. COHEN, P.J., GLENN A. NORTON, J. and ROBERT M. CLAYTON III, J.

*ORDER*

PER CURIAM.

L.R. ("Mother") appeals the judgment terminating her parental rights to A.D.R. and C.L.R. ("Children"). We find that the